UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| TECHTRONIC INDUSTRIES COMPANY LIMITED, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. 1:25-cv-00249-DAE |
| MUDDY WATERS CAPITAL LLC and MW DOMINO MANAGEMENT LLC, | § § § § | |
| Defendants. | § § | |

### DEFENDANTS' UNOPPOSED MOTION TO EXTEND DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT

TO THE HONORABLE DAVID A. EZRA:

Defendants Muddy Waters Capital LLC and MW Domino Management LLC hereby move to extend their deadline to answer or otherwise respond to Plaintiff's Complaint and would respectfully show:

**I.**

Plaintiff's Complaint was filed February 20, 2025. Defendants request that the Court extend their deadline to answer or otherwise respond to Plaintiff's Complaint to **April 30, 2025**. Defendants' counsel has conferred with Plaintiff's counsel, who confirmed that Plaintiff does not object to this request.

**II.**

WHEREFORE, PREMISES CONSIDERED, Defendants respectfully move the Court to extend the deadline for Defendants to respond to the Complaint to **April 30, 2025,** and grant such other and further relief to which they may be entitled.

Respectfully submitted,

/s/ *Peter D. Kennedy*
Peter D. Kennedy
State Bar No. 11296650
pkennedy@gdhm.com
James A. Hemphill
State Bar No. 00787674
jhemphill@gdhm.com
Graves, Dougherty, Hearon & Moody, P.C.
401 Congress Avenue, Suite 2700
Austin, Texas 78701
(512) 480-5764
(512) 536-9908 (Fax)

**ATTORNEYS FOR DEFENDANTS**

**CERTIFICATE OF CONFERENCE**

I certify that Defendants' counsel conferred with Plaintiff's counsel on March 4, 2025, who confirmed that Plaintiff does not oppose the requested extension of time.

/s/ *Peter D. Kennedy*
Peter D. Kennedy

**CERTIFICATE OF SERVICE**

  I certify that on March 20, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Kristin Tahler
Quinn Emanuel Urquhart & Sullivan
865 S. Figueroa Street
Ste 10th Floor
Los Angeles, CA 90017

Laura N. Ferguson
Quinn, Emanuel, Urquhart & Sullivan, LLP
2601 South Bayshore Drive, 15 Floor
Miami, FL 33133

Nicholas Inns
Quinn, Emanuel, Urquhart & Sullivan, LLP
1300 I Street, NW, Suite 900
Washington, DC 20005

Asher B. Griffin
Quinn, Emanuel, Urquhart & Sullivan, LLP
300 W. 6th Street, Suite 2010
Austin, TX 78701

                /s/ *Peter D. Kennedy*
                Peter D. Kennedy