**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| TECHTRONIC INDUSTRIES COMPANY LIMITED,<br><br>                      Plaintiff,<br><br>  – against –<br><br>MUDDY WATERS CAPITAL LLC, and<br>MW DOMINO MANAGEMENT LLC,<br><br>                      Defendants. | Case No. 1:25-cv-00249 |

**PLAINTIFF'S UNOPPOSED MOTION TO EXTEND DEADLINE**
**TO RESPOND TO DEFENDANTS' MOTION TO DISMISS**

TO THE HONORABLE DAVID A. EZRA:

    Plaintiff, Techtronic Industries Company Limited, hereby moves to extend its deadline to respond to Defendants' Motion to Dismiss and would respectfully show:

    1.    Defendants' Motion to Dismiss was filed on April 22, 2025. Defendants' Motion to Dismiss raises a number of arguments, including regarding the statute of limitations and sufficiency of the claims.

    2.    Plaintiff's current deadline to respond is May 6, 2025.

    3.    Due to Plaintiff's counsels' professional commitments, including a multi-day evidentiary hearing during the period in which the opposition is due, Plaintiff respectfully submits that an extension to May 27, 2025 for Plaintiff to file its opposition to Defendants' Motion to Dismiss is warranted.

    4.    Plaintiff seeks this extension in good faith and not for the purposes of delay. Neither party will be prejudiced by the extension.

5. Plaintiff's counsel has conferred with Defendants' counsel, who confirmed that Defendants do not object to this request.

WHEREFORE PREMISES CONSIDERED, Plaintiff respectfully moves the Court to extend the deadline for Plaintiff to respond to the Motion to Dismiss to **May 27, 2025**, and grant such other and further relief to which they may be entitled.

Dated: May 1, 2025.

**QUINN, EMANUEL, URQUHART & SULLIVAN LLP**

*/s/ Asher B. Griffin*
Asher B. Griffin
Texas Bar No. 24036684
300 West 6th Street, Suite 2010
Austin, TX 78701
Telephone: (737) 667-6100
Facsimile: (737) 667-110
Email: ashergriffin@quinnemanuel.com

Jason Sternberg, *pro hac vice*
Laura N. Ferguson, *pro hac vice*
2601 South Bayshore Drive, Suite 1550
Miami, FL 33133
Telephone: (305) 402-4880
Facsimile: (305) 901-2975
Email: jasonsternberg@quinnemanuel.com

Kristin Tahler, *pro hac vice*
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
Email: kristintahler@quinnemanuel.com

Nicholas Inns *(pro hac vice)*
1300 I Street, NW, Suite 900
Washington, D.C. 20005
Telephone: (202) 538-8000
Facsimile: (202) 538-8100
Email: nicholasinns@quinnemanuel.com

*Attorneys for Plaintiff*
*Techtronic Industries Company Limited*

## LOCAL RULE CV 7(g) CERTIFICATION

Pursuant to Local Rule CV 7(g), I hereby certify that counsel for Plaintiff sought the consent of counsel for Defendants to the relief sought in the foregoing Motion, by telephone on May 2, 2025. Counsel for Defendants consent to the relief sought.

*/s/ Asher B. Griffin*
Asher B. Griffin

## CERTIFICATION OF SERVICE

I certify that on May 2, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

**VIA E-MAIL**

Peter D. Kennedy
James A. Hemphill
Graves, Dougherty, Hearon & Moody, P.C.
401 Congress Avenue, Suite 2700
Austin, Texas 78701
Telephone: (512) 480-5764
Facsimile: (512) 536-9908
Email: pkennedy@gdhm.com
       jhemphill@gdhm.com

David S. Korzenik, *pro hac vice*
Miller Korzenik Sommers Rayman, LLP
The Paramount Building
1501 Broadway, Suite 2015
New York, NY 10036
Telephone: (212) 752-9200
Facsimile: (212) 688-3996
Email: dkorzenik@mkslex.com

*Attorneys for Defendants*

*/s/ Asher B. Griffin*
Asher B. Griffin
