UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| TECHTRONIC INDUSTRIES COMPANY LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>MUDDY WATERS CAPITAL LLC and MW DOMINO MANAGEMENT LLC,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br><br>Case No. 1:25-cv-00249-DAE |

**[PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS**

The Court having considered Defendants' Unopposed Motion for Extension of Time to File Reply in Support of Motion to Dismiss, finds that the motion should be **GRANTED**. It is accordingly **ORDERED** that Defendants' Unopposed Motion for Extension of Time to File Reply in Support of Motion to Dismiss is hereby **GRANTED**.

**IT IS ORDERED** that the deadline for Plaintiff to file any reply in support of its Motion to Dismiss, is hereby extended to June 13, 2025.

SIGNED and ENTERED this _____ day of _____, 2025.

_____
HON. DAVID A. EZRA
UNITED STATES DISTRICT JUDGE

4774958.v1