Hon. Jeff L. Rose, Mediator<br>
Rose Resolution Group – 512-750-7673

February 3, 2026

To the Honorable United States District Judge
c/o United States District Clerk's Office
Western District of Texas, Austin Division
501 West Fifth Street
Austin, Texas 78701

Re: Confirmation of Mediation in *Techtronic Industries Company LTD. v. Muddy Waters Capital LLC and MW Domino Management LLC*, United States District Court for the Western District of Texas, Austin Division, Case No. 1:25-cv-00249-DAE

Your Honor:

On January 23, 2026, at the joint request of the parties, the parties mediated the above-styled matter at my offices in Austin, Texas. Company representatives and counsel for both parties appeared in person, with additional decision-makers participating remotely by videoconference.

The parties negotiated in good faith; however, the mediation did not result in a settlement.

As counsel continues preparation for trial, the undersigned has encouraged the parties to remain in contact should further assistance be helpful.

Please do not hesitate to contact me if the Court has any questions regarding this matter or if I may otherwise be of service.

Respectfully submitted,

*Jeff Rose*

Hon. Jeff L. Rose (Ret.)
Former Chief Justice, Texas Third Court of Appeals
ROSE RESOLUTION GROUP
Jeff@RoseResolutionGroup.com

cc:
Jason Sternberg and Laura Ferguson, Attorneys for Plaintiff Techtronic Industries Company LTD.

Jim Hemphill and Pete Kennedy, Attorneys for Defendants Muddy Waters Capital LLC and MW Domino Management LLC