UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| TECHTRONIC INDUSTRIES COMPANY LIMITED, | § § § | |
| Plaintiff, | § § § | |
| v. | § § | Case No. 1:25-cv-00249-DAE |
| MUDDY WATERS CAPITAL LLC and MW DOMINO MANAGEMENT LLC, | § § § § | |
| Defendants. | § § | |

**ORDER GRANTING**
**UNOPPOSED MOTION TO MODIFY SCHEDULING ORDER**

Before the Court is Defendants Muddy Waters Capital LLC and MW Domino Management LLC's Unopposed Motion to Modify the Scheduling Order.  Having considered the Motion, the record, and the applicable law, the Court finds that the Motion should be **GRANTED.**  (Dkt. # 49.)

IT IS THEREFORE ORDERED that the Scheduling Order entered on August 29, 2025, Dkt. 37, is MODIFIED as follows:

| Deadline | Modified Deadline |
|---|---|
| Deadline for parties asserting claims for relief to designate testifying experts and serve Rule 26(a)(2)(B) materials | September 28, 2026 |
| Deadline for parties resisting claims for relief to designate testifying experts and serve Rule 26(a)(2)(B) materials | November 17, 2026 |
| Deadline to designate rebuttal experts | Within 14 days of receipt of opposing expert report, as extended by this Order |
| Deadline to object to reliability of expert testimony under Federal Rule of Evidence 702 | Within 30 days of receipt of expert report or expert deposition, whichever is later, as extended by this Order |
| Discovery deadline | September 15, 2026 |
| Deadline to file dispositive motions | February 8, 2027 |

SIGNED this __12th__ day of _____May_____, 2026.

                            DAVID A. EZRA
                            SENIOR UNITED STATES DISTRICT JUDGE

2