IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| TECHTRONIC INDUSTRIES CO. LIMITED, | § § § | No. 1:25-CV-249-DAE |
| Plaintiff, | § § | |
| vs. | § § § | |
| MUDDY WATERS CAPITAL LLC & MW DOMINO MANAGEMENT LLC, | § § § | |
| Defendant. | § § | |

<u>ORDER</u>

Before the Court is the status of the above-captioned case.  In their motion to dismiss briefing and the briefing on Defendants' opposed motion to stay discovery, the Parties indicated that a similar trial in Florida was scheduled for June 22, 2026.  The Parties are ORDERED to submit a status report to the Court **<u>on or before July 16, 2026</u>**, reporting on the status of the Florida lawsuit, including whether the trial took place as scheduled, whether it is still ongoing or whether it concluded, and whether a final judgment has issued in that case. accordance with Local Rule CV-88 within 14 days of the completion of mediation.

**IT IS SO ORDERED.**
**DATED:** Austin, Texas, July 8, 2026.

David Alan Ezra
Senior United States District Judge