**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

<table>
<tr><td>
TECHTRONIC INDUSTRIES CO.<br>
LIMITED,<br><br>
        Plaintiff,<br><br>
   – against –<br><br>
MUDDY WATERS CAPITAL LLC, and<br>
MW DOMINO MANAGEMENT LLC,<br><br>
        Defendants.
</td><td>
Case No. 1:25-cv-00249-DAE
</td></tr>
</table>

**JOINT STATUS REPORT**

Pursuant to this Court's Order (ECF No. 54), Plaintiff Techtronic Industries Company Limited and Defendants Muddy Waters Capital LLC and MW Domino Management LLC respectfully submit this Joint Status Report regarding a related trial pending in the Middle District of Florida (the "Florida Case"). *See Techtronic Indus. Co. Ltd. v. Bonilla*, No. 8:23-cv-01734-CEH-AEP (M.D. Fla.).

The Florida Case was previously set for trial to begin on June 22, 2026, but did not take place. On the Court's initiative, on June 10, 2026, it entered an order cancelling the trial setting and stating that the court would issue an order clarifying its prior summary judgment ruling before trial. Exhibit 1 (Order, *Techtronic Indus. Co. Ltd. v. Bonilla*, No. 8:23-cv-01734-CEH-AEP (M.D. Fla. June 10, 2026), ECF No. 242); Notice Canceling Date Certain Jury Trial, *Techtronic Indus. Co. Ltd. v. Bonilla*, No. 8:23-cv-01734-CEH-AEP (M.D. Fla. June 10, 2026), ECF No. 243. On June 25, 2026, the Florida Case was reset for trial to begin on November 30, 2026 and is expected to proceed on that date. Notice of Date Certain Jury Trial, *Techtronic Indus. Co. Ltd. v. Bonilla*, No. 8:23-cv-01734-CEH-AEP (M.D. Fla. June 25, 2026), ECF No. 246.

Dated:  July 16, 2026

**QUINN, EMANUEL, URQUHART
 & SULLIVAN LLP**

*/s/ Asher B. Griffin*
Asher B. Griffin
Texas Bar No. 24036684
300 West 6th Street, Suite 2010
Austin, TX 78701
Telephone: (737) 667-6100
Facsimile: (737) 667-6110
Email: ashergriffin@quinnemanuel.com

Jason Sternberg, *pro hac vice*
Laura N. Ferguson, *pro hac vice*
2601 South Bayshore Drive, Suite 1550
Miami, FL 33133
Telephone: (305) 402-4880
Facsimile: (305) 901-2975
Email: jasonsternberg@quinnemanuel.com
        lauraferguson@quinnemanuel.com

Kristin Tahler, *pro hac vice*
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
Email: kristintahler@quinnemanuel.com

Nicholas Inns, *pro hac vice*
555 13th Street, Suite 600
Washington, D.C. 20004
Telephone: (202) 538-8000
Facsimile: (202) 538-8100
Email: nicholasinns@quinnemanuel.com

*Attorneys for Techtronic Industries Company
Limited*

2

**GRAVES, DOUGHERTY, HEARON & MOODY, P.C.**

*/s/ Hailey L. Suggs*

Peter D. Kennedy
Texas Bar No. 11296650
pkennedy@gdhm.com
James A. Hemphill
Texas Bar No. 00787674
jhemphill@gdhm.com
Hailey L. Suggs
Texas Bar No. 24113497
hsuggs@gdhm.com
Graves, Dougherty, Hearon & Moody, P.C.
401 Congress Avenue, Suite 2700
Austin, Texas 78701
(512) 480-5764 (Phone)
(512) 536-9908 (Fax)

David S. Korzenik
(admitted pro hac vice)
dkorzenik@mkslex.com
Miller Korzenik Sommers Rayman LLP
The Paramount Building
1501 Broadway, Suite 2015
New York, NY 10036
(212) 752-9200 (Phone)
(212) 688-3996 (Fax)

*Counsel for Defendants*

3

**CERTIFICATION OF SERVICE**

I hereby certify that on July 16, 2026, true and correct copies of the foregoing documents were served on the following counsel in the manner indicated:

**VIA E-MAIL**

David S. Korzenik
Miller Korzenik Sommers Rayman LLP
The Paramount Building
1501 Broadway, Suite 2015
New York, NY 10036
Telephone No.: (212) 752-9200
Email: dkorzenik@mkslex.com

*Counsel for Defendants*

/s/ *Asher B. Griffin*
Asher B. Griffin

4