**From:** William Burck <williamburck@quinnemanuel.com>
**To:** Carson Block <████████████████████>
**Date:** Fri, 5 Aug 2022 11:35:23 -0400
**Subject:** Re: PRIVILEGED: Barnes Litigation

Carson — you may be right about this, I've been working with our TX litigators and they don't love the claim for the reasons we discussed. And they are very aggressive litigators. Also, i do think the cost effectiveness may be an issue given that really you are trying to squash a flea.

Sent from my iPad

On Aug 5, 2022, at 11:29 AM, Carson Block <████████████████████████> wrote:

[EXTERNAL EMAIL from ████████████████████████]

Bill,

I'm having reservations about the Barnes engagement. I recognize that you're very much in demand, and you have numerous high stakes matters requiring your time. In my world, the Barnes litigation is a top priority. In addition, there will sooner or later be the defendant filings I have to make in NYS court.

This process doesn't seem able to match the urgency with which I want to move – to say nothing of the pace at which I'll be compelled to move once served.

One possible process improvement could be to have me work directly with a civil litigator. However, I do wonder whether Quinn will be able to allocate the right amount of resources – i.e., a cost-effective, yet responsive team. It clearly would be better to make a change now, versus down the line, if that makes sense.

Please let me know your thoughts.

Best,

Carson

EXHIBIT

8