**From:** William Burck <williamburck@quinnemanuel.com>
**Sent:** Thursday, January 13, 2022 8:49 AM
**To:** Carson Block
**Cc:** Scott Devinsky; Anthony Jew
**Subject:** Re: Referred by Alex Spiro

Sorry Carson will send over today

Sent from my iPhone

> On Jan 12, 2022, at 8:42 AM, Carson Block < ████████████████ > wrote:

> Bill,

> Please send the engagement agreement when you're able so I can speak with Debevoise.

> Thanks,
> Carson

>> On Jan 5, 2022, at 12:00 PM, William Burck <williamburck@quinnemanuel.com> wrote:

>> I would say an hour, maybe give us an extra 30 minutes in case, so 1.5

>> Sent from my iPhone

>>> On Jan 5, 2022, at 12:43 PM, Carson Block
>>> < ████████████████ > wrote:

>>> [EXTERNAL EMAIL from ████████████████ ]

>>> Thanks Bill. A few cats to herd on my end – my partners, Freddy Brick and Scott Devinsky, who were both also served with warrants and subpoenas from the SEC and DOJ (as was I); and, our GC, Anthony Jew. My assistant, Krista, will check calendars & then come back with some possibilities. What do you figure timewise for an initial call?

>>> **From:** William Burck <williamburck@quinnemanuel.com>
>>> **Date:** Wednesday, January 5, 2022 at 10:42 AM

**EXHIBIT 2**

**To:** Carson Block <████████████████████>
**Subject:** Re: Referred by Alex Spiro

Carson — sorry it took a bit longer but i have cleared conflicts.  When do you want to chat?

Sent from my iPad

> On Jan 4, 2022, at 12:54 PM, Carson Block
> <████████████████████> wrote:
>
> **[EXTERNAL EMAIL from ████████████████████]**
>
> Ok, cool. Thanks.
>
> ---
>
> **From:** William Burck <williamburck@quinnemanuel.com>
> **Date:** Tuesday, January 4, 2022 at 11:49 AM
> **To:** Carson Block <████████████████████>
> **Subject:** Re: Referred by Alex Spiro
>
> We rep a bunch of short sellers and funds that do the occasional short selling so we should be ok to talk.  Will let you know asap
>
> Sent from my iPhone
>
> > On Jan 4, 2022, at 12:47 PM, Carson Block <████████████████████> wrote:
> >
> > **[EXTERNAL EMAIL from ████████████████████]**
> >
> > ---
> >
> > Thanks. Anyway, I was more tickled by it than anything, but the firm's bread is buttered where it's buttered.
> >
> > ---
> >
> > **From:** William Burck <williamburck@quinnemanuel.com>
> > **Date:** Tuesday, January 4, 2022 at 11:46 AM

**To:** Carson Block
<██████████████████>
**Subject:** Re: Referred by Alex Spiro

Someone dumb thought they were clever when they wrote that.  Yes I will double check and revert to you

Sent from my iPhone

On Jan 4, 2022, at 12:43 PM, Carson Block <████████████████████████> wrote:



[EXTERNAL EMAIL from ████████████ ████ ]

Hi Bill,

Thanks for reaching out. Before we speak, would you please ensure there are no conflicts with Muddy Waters or me? Quinn published a nice note on "How to Sue Short Sellers" ([https://www.quinnemanuel.com/the-firm/publications/that-is-not-an-opinion-how-to-sue-short-sellers/](https://www.quinnemanuel.com/the-firm/publications/that-is-not-an-opinion-how-to-sue-short-sellers/)) and left this cute little Easter egg in there:

<u>HOW QUINN EMANUEL CAN HELP</u>

Quinn Emanuel is one of the few firms that have successfully sued malicious short sellers, and we are not afraid to do so. We frequently advise clients in navigating the muddy waters of short attacks, and we work with the best investigators and economists in the industry in applying the above playbook.

I'd just want to ensure before speaking that we're clear.

3

Cheers,
Carson


On 1/3/22, 10:52 PM, "William Burck" <williamburck@quinnemanuel.com> wrote:

Hi Carson — I'm Bill Burck, Spiro's law partner.  I understand that you might have an SEC issue.  I would be happy to talk at your convenience.  My cell is ████████ or please let me know best number and time to call you.

Bill

Sent from my iPhone

4