AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | | |
|---|---|---|
| TECHTRONIC INDUSTRIES COMPANY LIMITED | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:25-cv-00249-DAE |
| MUDDY WATERS CAPITAL LLC, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Techtronic Industries Company Limited                                                    .

Date:    07/28/2026

_____
*Attorney's signature*

John Bash, Bar No. 24067504
*Printed name and bar number*

Quinn Emanuel Urquhart & Sullivan, LLP
300 West 6th Street, Suite 2010
Austin, TX 78701

*Address*

johnbash@quinnemanuel.com
*E-mail address*

(737) 667-6100
*Telephone number*

(737) 667-6110
*FAX number*

## CERTIFICATION OF SERVICE

I certify that on July 28, 2026, I electronically filed the foregoing with the Clerk of Court

using the CM/ECF system which will send notification of such filing to the following:

**VIA E-MAIL**

Peter D. Kennedy
Texas Bar No. 11296650
James A. Hemphill
Texas Bar No. 00787674
Hailey L. Suggs
Texas Bar No. 24113497
Graves, Dougherty, Hearon & Moody, P.C.
401 Congress Avenue, Suite 2700
Austin, Texas 78701
Telephone: (512) 480-5764
Email: pkennedy@gdhm.com
        jhemphill@gdhm.com
        hsuggs@gdhm.com

David S. Korzenik, *pro hac vice*
Miller Korzenik Rayman LLP
The Paramount Building
1501 Broadway, Suite 2015
New York, NY 10036
Telephone: (212) 752-9200
Email: dkorzenik@mkslex.com

*Attorneys for Defendants*

/s/ John Bash
John Bash