UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| TECHTRONIC INDUSTRIES COMPANY LIMITED, | § § § | |
| Plaintiff, | § § § | |
| v. | § § | Case No. 1:25-cv-00249-DAE |
| MUDDY WATERS CAPITAL LLC and MW DOMINO MANAGEMENT LLC, | § § § § | |
| Defendants. | § § | |

## <u>NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANTS</u>

Please note that G. Douglas Kilday of Graves Dougherty Hearon & Moody, P.C., 401 Congress Avenue, Suite 2700, Austin, Texas 78701, is appearing as counsel for Defendant Muddy Waters Capital LLC and MW Domino Management LLC ("Muddy Waters") in this proceeding. Please serve copies of all pleadings, motions, discovery, correspondence and other papers in this matter on G. Douglas Kilday at the address listed below.

Respectfully submitted,

/s/ G. Douglas Kilday

| | |
|---|---|
| David S. Korzenik | Peter D. Kennedy |
| (admitted pro hac vice) | Texas Bar No. 11296650 |
| dkorzenik@mkslex.com | pkennedy@gdhm.com |
| Miller Korzenik Rayman LLP | James A. Hemphill |
| The Paramount Building | Texas Bar No. 00787674 |
| 1501 Broadway, Suite 2015 | jhemphill@gdhm.com |
| New York, NY 10036 | Hailey L. Suggs |
| (212) 752-9200 (Phone) | Texas Bar No. 24113497 |
| (212) 688-3996 (Fax) | hsuggs@gdhm.com |
| | G. Douglas Kilday |
| | Texas Bar No. 00787834 |
| | dkilday@gdhm.com |
| | GRAVES, DOUGHERTY, HEARON & MOODY, P.C. |
| | 401 Congress Avenue, Suite 2700 |
| | Austin, Texas 78701 |
| | (512) 480-5764 (Phone) |
| | (512) 536-9908 (Fax) |

**Counsel for Defendants**

Notice of Appearance of Counsel for Defendants – Page 2

## <u>CERTIFICATE OF SERVICE</u>

On August 6, 2026, I caused a copy of this document to be served by the Electronic Case

Filing System as shown below:

Asher B. Griffin
Quinn Emanuel Urquhart & Sullivan LLP
300 West 6th Street, 2010
Austin, Texas 78701

Jason Sternberg
Laura N. Ferguson
Quinn Emanuel Urquhart & Sullivan LLP
2601 South Bayshore Drive, Suite 1550
Miami, Florida 33133

Kristin Tahler
Quinn Emanuel Urquhart & Sullivan LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017

Nicholas Inns
Quinn Emanuel Urquhart & Sullivan LLP
1300 I Street, NW, Suite 900
Washington, D.C. 20005

Josh Bash
Quinn Emanuel Urquhart & Sullivan LLP
300 West 6th Street, Suite 2010
Austin, TX 78701

*/s/ G. Douglas Kilday*
G. Douglas Kilday

Notice of Appearance of Counsel for Defendants – Page 3

4893901.v1