# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| **Techtronic Industries Company Limited,**<br>***Plaintiff*** | §<br>§<br>§ | |
| **v.** | § | **No. 1:25-cv-00249-DAE** |
| **Muddy Waters Capital LLC and MW Domino Management LLC,**<br>***Defendants*** | §<br>§<br>§ | |

## ORDER

Before the Court are Defendant Muddy Waters Capital LLC's Motion to Disqualify its Former Counsel, filed July 19, 2026 (Dkt. 56); Defendants' Time-Sensitive Emergency Motion to Stay Discovery Pending Resolution of Motion to Disqualify Counsel (ECF 56), filed August 5, 2026 (Dkt. 67); and the associated response and reply briefs.[1]

The Court **ORDERS** the parties, or counsel of record appearing on their behalf, to appear for a hearing on the motions at **2 p.m. Wednesday, August 26, 2026** in Courtroom Six on the Sixth Floor of the United States Courthouse, 501 W. 5th Street, Austin, TX 78701.

**SIGNED** on August 19, 2026.

SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE

[1] By Text Orders entered July 20 and August 11, 2026, the Honorable David A. Ezra referred the motions to this Magistrate Judge for resolution, pursuant to 28 U.S.C. § 636(b)(1)(A), Federal Rule of Civil Procedure 72, and Rule 1(c) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas.