**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| TECHTRONIC INDUSTRIES CO. LIMITED,<br><br>Plaintiff,<br><br>– against –<br><br>MUDDY WATERS CAPITAL LLC, and MW DOMINO MANAGEMENT LLC,<br><br>Defendants. | Case No. 1:25-cv-00249-DAE |

**<u>RESPONSE TO DEFENDANTS' MOTION TO MODIFY SCHEDULING ORDER</u>**

The law firm of Quinn Emanuel Urquhart & Sullivan, LLP ("Counsel") respectfully appears on a limited basis to submit this response to the Motion to Modify Scheduling Order (ECF No. 79, "Motion") filed by Defendants Muddy Waters Capital LLC and MW Domino Management LLC (together, "Muddy Waters"). Counsel submits this response for the limited purpose of protecting Techtronic Industries Co. Limited's ("TTI") interests in the circumstances described below.

1. On September 4, 2026, United States Magistrate Judge Hightower granted Muddy Waters' motion to disqualify Quinn Emanuel Urquhart & Sullivan, LLP as counsel for TTI. ECF No. 81 (the "Order"). The Order denied as moot Defendants' motion to stay discovery. *Id.* at 10.

2. TTI has no other counsel of record in this action. As a corporation, TTI may appear in federal court only through licensed counsel. *See Vega v. Maxim Integrated Prods., Inc.*, No. 5:15-cv-1138-DAE, 2016 WL 9450608, at *2 (W.D. Tex. July 25, 2016).

3. TTI and Counsel intend to object to the Order under Federal Rule of Civil Procedure 72(a) on or before September 18, 2026.

4. The current schedule includes deadlines before September 18, 2026.

5. In these circumstances, TTI cannot take any position with respect to Muddy Waters' proposed schedule and also cannot comply with the existing deadlines.

6. Counsel therefore respectfully requests that the Court vacate all deadlines in this action and direct the parties to confer on a proposed schedule following the Court's resolution of TTI's and Counsel's objections to the Order.

Dated: September 8, 2026

**QUINN EMANUEL URQUHART & SULLIVAN LLP**

*Jason D. Sternberg*
Jason D. Sternberg (Florida Bar No. 72887)
Laura N. Ferguson (admitted *pro hac vice*)
2601 S. Bayshore Dr., Suite 1550
Miami, FL 33133
Telephone: (305) 402-4880
Email: jasonsternberg@quinnemanuel.com
lauraferguson@quinnemanuel.com

Asher Griffin
Texas Bar No. 24036684
300 West 6th Street, Suite 2010
Austin, TX 78701
Telephone: (737) 667-6103
Email: ashergriffin@quinnemanuel.com

Kristin N. Tahler (admitted *pro hac vice*)
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3615
Email: kristintahler@quinnemanuel.com

Nicholas Inns (admitted *pro hac vice*)
555 13th Street NW, Suite 600
Washington, D.C. 20004
Telephone: (202) 538-8287
Email: nicholasinns@quinnemanuel.com

**CERTIFICATION OF SERVICE**

I hereby certify that on September 8, 2026, true and correct copies of the foregoing document were served on the following counsel in the manner indicated:

**VIA CM/ECF**

Peter D. Kennedy
Texas Bar No. 11296650
James A. Hemphill
Texas Bar No. 00787674
Hailey L. Suggs
Texas Bar No. 24113497
Graves, Dougherty, Hearon & Moody, P.C.
401 Congress Avenue, Suite 2700
Austin, Texas 78701
Telephone: (512) 480-5764
Email: pkennedy@gdhm.com
jhemphill@gdhm.com
hsuggs@gdhm.com

David S. Korzenik, *pro hac vice*
Miller Korzenik Rayman LLP
The Paramount Building
1501 Broadway, Suite 2015
New York, NY 10036
Telephone: (212) 752-9200
Email: dkorzenik@mkslex.com

*Counsel for Defendants*

*/s/ Jason D. Sternberg*
Jason D. Sternberg