UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| TECHTRONIC INDUSTRIES COMPANY LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>MUDDY WATERS CAPITAL LLC and MW DOMINO MANAGEMENT LLC,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 1:25-cv-00249-DAE |

**ORDER GRANTING**
**UNOPPOSED MOTION TO SEAL EXHIBIT TO MOTION TO DISQUALIFY**

Before the Court is Defendant Muddy Waters Capital LLC's Unopposed Motion to Seal Exhibit to Motion to Disqualify (ECF 56-8). Having considered the Motion and the applicable law, the Court finds that the requested sealing is narrowly tailored and that the interests favoring nondisclosure of the identified exhibit outweigh the public interest in access to that exhibit.

IT IS THEREFORE ORDERED that the Motion is **GRANTED**.

IT IS FURTHER ORDERED that the Clerk of Court shall place Exhibit 8 to Defendant Muddy Waters Capital LLC's Motion to Disqualify Its Former Counsel (ECF [56-8]) **UNDER SEAL**, restricting public access to the existing docket attachment unless otherwise ordered by the Court.

SIGNED this 13th day of October, 2026.

David Alan Ezra
Senior United States District Judge